# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **VICTORIA'S SECRET STORES BRAND MANAGEMENT, INC.,** | : <br> : <br> :    CASE NO. 2:15-cv-2572 |
| **Plaintiff,** | : <br> :    Judge Sargus |
| v. | : <br> : |
| **SKREENED, LTD.,** | : <br> : |
| **Defendant.** | : <br> : |

## STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Victoria's Secret Stores Brand Management, Inc. and Defendant Skreened, Ltd. hereby stipulate and agree that all claims in the Complaint are hereby **DISMISSED WITH PREJUDICE**. Plaintiff and Defendant shall pay their own costs and fees.

    AGREED:

| | |
|---|---|
| /s/ Keith Shumate | /s/ Kevin L. Murch |
| Keith Shumate (0056190) | Kevin L. Murch (0066833) |
| Heather L. Stutz (0078111) | ICE MILLER LLP |
| SQUIRE PATTON BOGGS (US) LLP | 250 West Street |
| 41 South High Street | Columbus, Ohio 43215 |
| 2000 Huntington Center | Phone: (614) 462-2700 |
| Columbus, Ohio 43215-6197 | Fax: (614) 222-3489 |
| Tel: (614) 365-2700 | kevin.murch@icemiller.com |
| Fax: (614) 365-2499 | |
| E-mail: keith.shumate@squirepb.com | Attorney for Defendant Skreened, Ltd. |
| heather.stutz@squirepb.com | |

Kevin C. Parks
Michelle L. Zimmermann
Stella Brown
Leydig, Voit & Mayer, Ltd.
180 North Stetson

Two Prudential Plaza, Suite 4900
Chicago, Illinois
312.616.5669
kparks@leydig.com
kparks@leydig.com
mzimmermann@leydig.com

Attorneys for Plaintiff Victoria's Secret Stores
Brand Management, Inc.